IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOUR GOLOVIN, | : | 4:09-cv-1319 |
| Petitioner, | : | |
| v. | : | Hon. John E. Jones III |
| MARY SABOL, *et al.*, | : | |
| Respondents. | : | |

## MEMORANDUM

October 21, 2009

## THE BACKGROUND OF THIS MEMORANDUM IS AS FOLLOWS:

Petitioner Timour Golovin ("Petitioner" or "Golovin"), a former detainee of the United States Immigration and Customs Enforcement ("ICE") Office, who was confined at the York County Correctional Facility in York, Pennsylvania, initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to the provisions of 28 U.S.C. § 2241. Golovin's Petition challenged his continued detention by ICE pending his removal to the Ukraine and sought immediate removal from custody.[1] (*See* Doc. 1.)

Service of the Petition was directed by Order dated October 13, 2009. (Doc.

---

[1] Significantly, Golovin challenges only his detention pending removal, not his removal itself. *See Nguijol v. Mukasey*, 2008 WL 5047764, at *1 & n.2 (M.D. Pa. Nov. 24, 2008).

6.) A Response to the Petition was filed on October 19, 2009. (Doc. 8.) Attached to the Response is the Declaration of Kent J. Frederick, Chief Counsel for the Philadelphia ICE Office, verifying that ICE's electronic system, Enforce Alien Removal Module ("EARM") indicates that Golovin was released from ICE custody on August 5, 2009 under an order of supervision. (*See* Doc. 8-2 at 3.) Because Golovin has been released, Respondents assert that this case should be dismissed. The Court agrees that Golovin has obtained the relief he sought in his Petition, namely, an immediate release from ICE custody, and therefore, his Petition will be dismissed as moot. See *Nguijjol*, 2008 WL 5047764, at *1 n.2. An appropriate Order will issue.